■ PINE HILL CONCRETE MIX CORP., Appellant-Respondent, v STATE OF NEW YORK, Respondent-Appellant. (Claim No. 63693.)

— Judgment unanimously affirmed, without costs, for reasons stated at Court of Claims, Moriarty, J. (Appeals from judgment of Court of Claims, Moriarty, J. — appropriation.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.